UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:18-cv-44-FDW

| ADAM WADE HALL, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| FNU PRUITT, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Motion, *Nunc Pro Tunc*, of Defendant Kalinowski for an Enlargement of Time to Answer or Otherwise Respond to Plaintiff's Complaint, (Doc. No. 20), and Defendants Teresa Puett, George Bright, and Robert Kalinowski's Motion of Defendants for an Enlargement of Time to Answer or Otherwise Respond to Plaintiff's Complaint (*Nunc Pro Tunc*), (Doc. No. 21). The Court finds that Answers were not timely filed due to excusable neglect and an extension of time will not prejudice Plaintiff. For good cause shown,

**IT IS THEREFORE ORDERED** that

1. Defendant Kalinowski's Motion, *Nunc Pro Tunc*, of Defendant Kalinowski for an Enlargement of Time to Answer or Otherwise Respond to Plaintiff's Complaint, (Doc. No. 20), is **GRANTED** until December 11, 2018.

2. Defendants Teresa Puett, George Bright, and Robert Kalinowski's Motion of Defendants for an Enlargement of Time to Answer or Otherwise Respond to Plaintiff's Complaint (*Nunc Pro Tunc*), (Doc. No. 21) is **GRANTED** until December 26, 2018.

3. **IT IS FURTHER ORDERED** that the Clerk of Court is instructed to substitute

the parties' names as follows:

**Robert L. Kalinowski** for "FNU Kalinowski"

**George R. Bright** for "FNU Brigth"

**Teresa Puett** for "FNU Pruitt"

Signed: November 27, 2018

Frank D. Whitney
Chief United States District Judge