# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:18-cv-44-FDW

| | |
|---|---|
| ADAM WADE HALL, | ) |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| TERESA PUETT, et al., | ) |
| Defendants. | ) |

**THIS MATTER** comes before the Court on Defendants' Motion to Manually File Video Exhibit, (Doc. No. 35).

Defendants seeks leave to file a digital video recording of the incident in question in support of their Motion for Summary Judgment. Defendants state that they intend to make the footage available to Plaintiff for viewing. The Motion will be granted pursuant to the Court's ECF Administrative Procedures. See Administrative Procedures Governing Filing and Service by Electronic Means, Section IV(G) (rev. Jan. 1, 2018). Counsel for Defendants will ensure that a copy of the video is made available for Plaintiff's viewing if he requests an opportunity to do so.

**IT IS, THEREFORE, ORDERED** that Defendants' Motion to Manually File Video Exhibit, (Doc. No. 35), is **GRANTED** in accordance with this Order.

Signed: October 7, 2019

Frank D. Whitney
Chief United States District Judge

1