UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:18-cv-44-FDW

| ADAM WADE HALL, | ) |
| --- | --- |
| Plaintiff, | ) |
| vs. | ) ORDER |
| TERESA PUETT, et al., | ) |
| Defendants. | ) |

**THIS MATTER** comes before the Court on *pro se* Plaintiff's "Motion to Manually File of All Video," (Doc. No. 38).

The Motion states, *verbatim*, "This matter above I ask the Honorable Judge to please file all video. Inside D-unit West Wing cell 5 down, west wind block and D-unit Hall go to center conlor Bouth." (Doc. No. 38 at 1).

The Court is unable to determine what Plaintiff seeks by way of his Motion. It will therefore be denied without prejudice to re-file a motion that clearly explains what Plaintiff is requesting from the Court.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion to Manually File of All Video," (Doc. No. 38), is **DENIED** without prejudice.

Signed: October 25, 2019

Frank D. Whitney
Chief United States District Judge

1