IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:18 CV 44 MR

| | |
|---|---|
| ADAM WADE HALL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TERESA PUETT, *Sgt. of DPS at Marion Corr.* )<br>*Inst., in her individual capacity*, )<br>ROBERT L. KALINOWSKI, *Officer of DPS at* )<br>*Marion Corr. Inst., in his individual capacity*, )<br>GEORGE R. BRIGHT, *Officer of DPS at* )<br>*Marion Corr. Inst., in his individual capacity* )<br>)<br>Defendants. )<br>) | ORDER |

This matter is before the undersigned following the Order of the District Court granting Plaintiff's Request for a Judicial Settlement Conference. Doc. 44, p. 3.

A judicial settlement conference has been set for September 22, 2020 beginning at 1:00 p.m.

The conference will be conducted by telephone. Call-in information will be provided to the parties by separate communication.

Plaintiff shall participate in the conference from Eastern Correction Center, Plaintiff's present place of incarceration. Eastern Correction Center

shall ensure that the necessary accommodations are made to allow Plaintiff to participate in the settlement conference.

Defendants and their counsel may participate in the conference from any location they deem appropriate, provided that Defendants participate in the conference from the same physical location as their counsel, unless permission to the contrary has been given by the Court in advance. Any request seeking such permission shall be filed no later than ten (10) days prior to the conference. Further, in accordance with this district's Local Civil Rule 16.3(d)(2), a person with full authority (not including counsel of record) to settle all pending claims must also participate in the conference on behalf of all Defendants, to the extent Defendants themselves do not have such authority. Any such person shall also participate from the same location as Defendants, unless permission to the contrary is given in advance.

The Clerk is respectfully instructed to certify a copy of this Order to Mr. Jeff Fauls at Eastern Correction Center, Maury, North Carolina.

It is so ordered.

Signed: September 3, 2020

W. Carleton Metcalf
United States Magistrate Judge