IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:18 CV 44 MR

| | | |
|---|---|---|
| ADAM WADE HALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | REPORT |
| v. | ) | OF JUDICIAL |
| | ) | SETTLEMENT |
| TERESA PUETT, *Sgt. of DPS at Marion Corr.* | ) | CONFERENCE |
| *Inst., in her individual capacity,* | ) | |
| ROBERT L. KALINOWSKI, *Officer of DPS at* | ) | |
| *Marion Corr. Inst., in his individual capacity,* | ) | |
| GEORGE R. BRIGHT, *Officer of DPS at* | ) | |
| *Marion Corr. Inst., in his individual capacity* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to the Order of the District Court, see Doc. 44, the undersigned conducted a telephonic judicial settlement conference in this matter on September 22, 2020.

Agreement was reached as to all issues.

Signed: September 22, 2020

W. Carleton Metcalf
United States Magistrate Judge