# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:18-cv-00044-MR

| | |
|---|---|
| ADAM WADE HALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| TERESA PUETT, et al., ) | **ORDER** |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Parties' Stipulation of Dismissal [Doc. 56]. Also pending are several *pro se* Motions. [Docs. 48, 54].

This *pro se* civil rights action is scheduled for a jury trial on January 11, 2021. [See Doc. 47]. However, the parties now stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(ii) that all claims and parties are dismissed with prejudice. [Doc. 56].

In light of the parties' Stipulation, this case will be removed from the Court's trial calendar. The Clerk of Court will be instructed to terminate and close this action.

**IT IS THEREFORE ORDERED** that the jury trial set for January 11, 2021 is **CANCELLED**.

The pending Motions [Docs. 48, 54] are **DENIED** as moot.

**IT IS FURTHER ORDERED** that the Clerk is instructed to terminate and close this action.

**IT IS SO ORDERED**.

Signed: October 19, 2020

Martin Reidinger
Chief United States District Judge